# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PETER STROJNIK, SR., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:19-cv-00946-DSF-GJS |
| v. | |
| ORANGEWOOD LLC, | ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S) |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| September 13, 2019 | 20 | Plaintiff's Motion for Partial Summary Judgment |
| September 13, 2019 | 21 | Statement of Uncontroverted Facts and Conclusions of Law |

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing
- ☑ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other: (Local Rule 56-1) A party filing a notice of motion for summary judgment or partial summary judgment shall lodge a proposed "Statement of Uncontroverted Facts and Conclusions of Law." A party seeking summary judgment shall lodge a proposed Judgment; a party seeking partial summary judgment shall lodge a proposed order. The motion fails to comply with the Court's Order re Motion for Summary Judgment.

Dated: September 18, 2019      By: *Dale S. Fischer*
Dale S. Fischer, U.S. District Judge

cc: Assigned District and/or Magistrate Judge

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)    ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)