Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant ORANGEWOOD LLC.

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ORANGEWOOD LLC, DBA DOUBLE TREE SUITES BY HILTON HOTEL ANAHEIM RESORT - CONVENTION CENTER<br><br>　　　　　Defendant. | Case No. 8:19-cv-00946-DSF-GJSx<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND (6)**<br><br>Date: October 21, 2019<br>Courtroom: 7D<br>Time: 1:30 p.m.<br><br>Hon. Dale S. Fischer<br><br>Complaint filed: May 29, 2019 |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on October 21, 2019, or as soon thereafter as the matter may be heard in the Courtroom 7D of the above-entitled court, located at First Street Courthouse, 350 W. 1st Street, Los Angeles, CA. 90012, Orangewood LLC, ("Defendant") will and hereby does move the Court for an Order dismissing the First Amended Complaint for lack of standing and failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

This motion is brought on the grounds that Peter Strojnik ("Plaintiff") lacks sufficient Article III standing to bring the claims asserted in the complaint and fails to allege sufficient facts to support standing under the Unruh Act and Disabled Persons Act claims. Additionally, Plaintiff fails to state a claim upon which relief can be granted, and pleads punitive damages for a negligence cause of action, which Defendant requests to be stricken.

This Motion is exempt from Local Rule 7-3 by Local Rule 16-12. However, Defendant has previously served the same Motion on Plaintiff in *Strojnik v. 574 Escuela, LLC*, N.D.Cal. Case No. 18-cv-06777-JD[1] and in *Strojnik v. Four Sisters Inn, Inc.,* C.D.Cal. Case No. 19-cv-02991-0DW-JEM[2] – cases in which the identical claims are being made and that suffer from the same defects as the Complaint here. Both of those Motions have been taken under submission by the respective courts and the parties are awaiting a decision thereon. Therefore, Mr. Strojnik is fully aware of the grounds for this Motion and has instead, filed yet another Complaint with the same defects.

Nonetheless, and consistent with Local Rule 7-3 and this Court's Judge's Procedures, the parties have met and conferred on this motion on June 26, 2019 and were unable to come to a resolution of the issues presented herein

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the pleadings and papers on file herein, and upon

---

[1] This Motion was taken under submission by the Court on May 3, 2019.

[2] This Motion was taken under submission on Friday, June 21, 2019.

such other matters as may be presented to the Court at the time of the hearing, if any.

WHEREFORE, defendant Orangewood, LLC respectfully requests that this Court dismiss the Complaint with prejudice and without leave to amend.

                Respectfully Submitted,

                STILLMAN & ASSOCIATES

Dated: September 19, 2019      By:_____
                                    Philip H. Stillman, Esq.
                Attorneys for defendant ORANGEWOOD, LLC.

# PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on September 22, 2019 or as soon as possible thereafter, copies of the foregoing Motion to Dismiss, Memorandum of Points and Authorities Declaration of Philip H. Stillman, Declaration of Christopher Neilson and Proposed Order was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and via email to Plaintiff's email address listed with this Court.

By: /s/ *Philip H. Stillman*
Attorneys for ORANGEWOOD, LLC.