# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR.,<br>  Plaintiff,<br><br>        v.<br><br>ORANGEWOOD LLC d/b/a DOUBLETREE SUITES BY HILTON ANAHEIM RESORT CONVENTION CENTER,<br>  Defendant. | CV 19-00946-DSF-(JCx)<br><br>Order DENYING Plaintiff's Motion to Clarify and/or Reconsider Order (Dkt. 36) |

Plaintiff Peter Strojnik moves to seek clarification and/or reconsideration of the Court's Order granting Defendants' motion to dismiss Plaintiff's First Amended Complaint. Dkt. 36. Defendants object and request that the motion be stricken. Dkt. 38. Plaintiff has failed to comply with Local Rules 7-3, 7-18, and 7-20. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. Plaintiff's motion is DENIED.

  IT IS SO ORDERED.


Date: October 30, 2019             _____
                                    Dale S. Fischer
                                    United States District Judge