# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR.,<br>    Plaintiff,<br><br>          v.<br><br>ORANGEWOOD LLC d/b/a DOUBLETREE SUITES BY HILTON ANAHEIM RESORT CONVENTION CENTER,<br>    Defendant. | CV 19-00946 DSF (JCx)<br><br>JUDGMENT |

The Court having granted a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the federal law claim be dismissed with prejudice, that the state law claims be dismissed without prejudice to bringing those claims in state court, and that Defendant recover just costs pursuant to 28 U.S.C. § 1919.

Date: January 22, 2020

_____
Dale S. Fischer
United States District Judge